UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FIRST NIAGARA INSURANCE BROKERS, INC.,

    Plaintiff,

- against -

FIRST NIAGARA FINANCIAL GROUP, INC.,

    Defendant.
------------------------------------------------------------- X

JUDGE CONNER

07 CIV 8720

RULE 7.1
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff First Niagara Insurance Brokers, Inc. ("First Niagara") certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: October 9, 2007
      New York, New York

                    MOSES & SINGER LLP

                    By: _____
                    Paul M. Fakler (PF-0249)
                    Martin Schwimmer (MS-7011)
                    Julie Stark (JS-8925)
                    Amanda J. Schaffer (AS-2004)
                    405 Lexington Avenue
                    New York, New York 10174-1299
                    Tel.: 212-554-7800
                    Fax: 212-554-7700
                    pfakler@mosessinger.com
                    *Attorneys for Plaintiff, First Niagara*
                    *Insurance Brokers, Inc.*

RECEIVED OCT 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

634847v1