## AFFIDAVIT OF SERVICE ON A CORPORATION

| | | |
|---|---|---|
| State of: New York | County of: | Southern District |
| Court: U.S. District | Index #: | 07 CIV 8720 |
| | Date Purchased: | 10/10/2007 |

*Plaintiff/Petitioner:*

First Niagara Insurance Broker, Inc.

*Defendant/Respondent:* vs:

First Niagara Financial Inc.

---

State of: NY
County of: Niagara

Donald W. Honkala, being duly sworn, deposes and says: that deponent is not a party to this action,
is over 18 years of age and resides at: N. Tonawanda, NY
that on: 10/11/2007  at: 2:00 PM  at: 6950 S. Transit Road, Lockport, NY  14094
deponent served the within:

Summons; Civil Cover Sheet; Complaint And Jury Demand; Exhibit A; Rule 7.1 Disclosure Statement; Individual Practices Of Judge William C. Conner; Consent To Proceed Before United States Magistrate Judge; Instructions For Procedures

* PAPERS SERVED WITH INDEX # & DATE PURCHASED
* Return Date if any:

ON:  First Niagara Financial Group, Inc.

CORPORATION ☒  A Domestic corporation, by delivering thereat a true copy of each to: Connie Baudendistle personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Authorized Agent, thereof an authorized person to accept service of process.

DESCRIPTION ☒  SEX: Female,   SKIN COLOR: White,   AGE: 36 - 50 Yrs.,   HEIGHT: 5'4" - 5'8",
HAIR COLOR: Blonde,   WEIGHT: 131 - 160 Lbs.,
Other identifying features:

WITNESS FEE ☐  $   the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

Sworn to before me on this: 10/11/2007

_____
Notary Public
JESSICA M DELORENZO
Notary Public, State of NY
Qualify in Niagara County
My commission expires
May 16, 2009

_____
Print name below signature
Donald W. Honkala

Action#: 200718957                    Client File#: 0720830