AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FIRST NIAGARA INSURANCE BROKERS BROKERS, INC.

**APPEARANCE**

v.

FIRST NIAGARA FINANCIAL GROUP, INC.

Case Number: 07cv8720 (WCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**FIRST NIAGARA INSURANCE BROKERS, INC.**

I certified that I am admitted to practice in this court

| | |
|---|---|
| 10/15/2007 | [signature] |
| Date | Signature |
| | Julie Stark — JS8925 |
| | Print Name — Bar Number |
| | Moses & Singer LLP, 405 Lexington Avenue |
| | Address |
| | New York — NY — 10174 |
| | City — State — Zip Code |
| | (212) 554-7849 — (212) 554-7700 |
| | Phone Number — Fax Number |