AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FIRST NIAGARA INSURANCE BROKERS BROKERS, INC.

**APPEARANCE**

v.

FIRST NIAGARA FINANCIAL GROUP, INC.

Case Number: 07cv8720 (WCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**FIRST NIAGARA INSURANCE BROKERS, INC.**

I certified that I am admitted to practice in this court

10/15/2007
Date

_[signature]_
Signature

Amanda J. Schaffer — AS2004
Print Name — Bar Number

Moses & Singer LLP, 405 Lexington Avenue
Address

New York — NY — 10174
City — State — Zip Code

(212) 554-7857 — (212) 554-7700
Phone Number — Fax Number