AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FIRST NIAGARA INSURANCE BROKERS  **APPEARANCE**
BROKERS, INC.

v.

FIRST NIAGARA FINANCIAL             Case Number: 07cv8720 (WCC)
GROUP, INC.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**FIRST NIAGARA INSURANCE BROKERS, INC.**

I certified that I am admitted to practice in this court

10/16/2007
Date

Signature

Martin Schwimmer          MS7011
Print Name                Bar Number

Moses & Singer LLP, 405 Lexington Avenue
Address

New York        NY        10174
City            State     Zip Code

(212) 554-7625            (212) 554-7700
Phone Number              Fax Number