UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FIRST NIAGARA INSURANCE BROKERS, INC.,

        Plaintiff,                   Civil No. 07-CIV-8720

- against -

FIRST NIAGARA FINANCIAL GROUP, INC.,

        Defendant.
_____

# **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant First Niagara Financial Group, Inc. certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

DATED:    October 31, 2007
               Buffalo, New York

                                        Attorneys for Defendant:

                                        **HODGSON RUSS LLP**

                                        By: _s/Paul I. Perlman_____
                                             Paul I. Perlman (PP-4449)
                                             Kevin M. Kearney (KK-7185)
                                             Ivan E. Lee (IL-3415)
                                        The Guaranty Building
                                        140 Pearl Street, Suite 100
                                        Buffalo, New York 14202-4040
                                        Telephone:    (716) 848-1479
                                        Facsimile:    (716) 819-4616
                                        *pperlman@hodgsonruss.com*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I filed the foregoing *Rule 7.1 Disclosure Statement* with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on this case:

Attorneys for Plaintiff:
    Paul M. Fakler
    Martin Schwimmer
    Julie Stark
    Amanda J. Schaffer
    MOSES & SINGER LLP
    405 Lexington Avenue
    New York, New York 10174-1299
    *pfakler@mosessinger.com*

And, I hereby certify that I have mailed by First Class Mail the document to the following non-CM/ECF participants:

    N/A

**HODGSON RUSS LLP**

By: __s/Paul I. Perlman_____
    Paul I. Perlman (PP-4449)
    Kevin M. Kearney (KK-7185)
    Ivan E. Lee (IL-3415)
Attorneys for Defendant
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone:  (716) 848-1479
Facsimile:     (716) 819-4616
*pperlman@hodgsonruss.com*

019000/05006 BFLODOCS 2097666v1