# EXHIBIT 1

# *New York State Department of State*
## *Certificate of Service Mark Registration*

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Service Mark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

| | | | |
|---|---|---|---|
| **Registration Number:** | *S19956* | **Registration Date:** | *01/12/07* |

**Applicant:**        *FIRST NIAGARA FINANCIAL GROUP, INC.*
*6950 S. TRANSIT ROAD*
*LOCKPORT*                    *NY    14095-*

**State of Incorporation or Partnership Organization:**        *DELAWARE*

**Class Numbers:**        *35, 36, 37, 39*

| | | | |
|---|---|---|---|
| **Date First Used in NYS:** | *01/10/2000* | **Date First Used Anywhere** | *01/10/2000* |

**Service Mark Description:**
*FIRST NIAGARA*

**Description of Services:**        *See Attached*



**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Monday, April 23, 2007*

*by:*

**Special Deputy Secretary of State**

**DOS-690 (Rev. 3/01)**

6. STATE THE SPECIFIC SERVICES FOR WHICH THE MARK IS USED. Leasing of office equipment; banking services; insurance services, namely, insurance brokerage, insurance agencies, insurance administration and insurance consultation, in the fields of life, property and casualty, accident, health and other insurance; credit insurance services; financial services, namely financial and investment consulting, management and advisory services; investment and securities brokerage services; providing information on investment and securities performance; annuities services; charitable fund raising services; leasing of construction equipment and building machinery; leasing of motor vehicles; administration of employee benefit plans; compensation consulting; consulting for retirement and employee welfare plans; administrative services for defined contribution and benefit plans; actuarial services.

First Niagara

)

# New York State Department of State
# Certificate of Service Mark Registration

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Service Mark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

| | | | |
|---|---|---|---|
| **Registration Number:** | *S19959* | **Registration Date:** | *1/12/2007* |

**Applicant:**     *FIRST NIAGARA FINANCIAL GROUP INC.*
*6950 S. TRANSIT ROAD*
*LOCKPORT*                    *NY     14095-0514*

**State of Incorporation or Partnership Organization:**     *DELAWARE*

**Class Numbers:**     *35,36,37,39*

**Date First Used in NYS:**     *01/10/2000*          **Date First Used Anywhere:**     *01/10/2000*

**Service Mark Description:**
The words FIRST NIAGARA and the design of a waterfall inside an oval.

**Description of Services:**          see attached sheet



**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Wednesday, July 25, 2007*

*by:*

**Special Deputy Secretary of State**

*DOS-690 (Rev. 3/01)*

6. STATE THE SPECIFIC SERVICES FOR WHICH THE MARK IS USED.  Leasing of office equipment; banking services; insurance services, namely, insurance brokerage, insurance agencies, insurance administration and insurance consultation, in the fields of life, property and casualty, accident, health and other insurance; credit insurance services; financial services, namely financial and investment consulting, management and advisory services; investment and securities brokerage services; providing information on investment and securities performance; annuities services; charitable fund raising services; leasing of construction equipment and building machinery; leasing of motor vehicles; administration of employee benefit plans; compensation consulting; consulting for retirement and employee welfare plans; administrative services for defined contribution and benefit plans; actuarial services.

