ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
FIRST NIAGARA INSURANCE BROKERS, INC.,   :

                        Plaintiff,   :

      - against -   :

FIRST NIAGARA FINANCIAL GROUP, INC.,   :

                        Defendant.   :
- - - - - - - - - - - - - - - - - - - - - X

07 Civ. 8720 (WCC)

**ECF CASE**

**ORDER**

**CONNER, Sr. D.J.**:

     WHEREAS plaintiff filed the above-captioned action on October 10, 2007; and

     WHEREAS the defendant requested by letter, dated November 16, 2007, to the Court to file a motion to transfer venue to the United States District Court for the Western District of New York and after consideration plaintiff consented by letter, dated December 3, 2007, to the Court to transfer venue, it is hereby

     ORDERED, that this action be transferred to the Western District of New York pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated:  White Plains, New York
       December 7, 2007

                                          _William C. Conner_
                                          WILLIAM C. CONNER, Senior U.S.D.J.

                                          Copies E-Mailed to Counsel of Record